

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01079-CV

Bianca **FOX**,
Appellant

v.

Mark Leon **WELLS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI11930
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: May 8, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on March 11, 2024. Because neither the brief nor a motion for extension of time was filed by that date, on April 4, 2024, we issued an order directing appellant to file: (1) her brief; and (2) a written response explaining the failure to timely file the brief and why appellee was not significantly injured by the failure to timely file the brief. In our order, we explained that if appellant did not file the brief and written response by April 19, 2024, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not file the brief or otherwise respond to our order. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM